**STEWART LEE KARLIN LAW GROUP, P.C.**
**Daniel E. Dugan, Esq. (Head of NJ Practice)**
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(212) 732-4443/Fax**
Dan@stewartkarlin.com

| | |
|---|---|
| MEMBER OF THE BAR<br>NEW YORK & NEW JERSEY | Concentrating in Employment, Education and<br>Insurance Law<br>**Website:** www.stewartkarlin.com |

January 19, 2023

**Via ECF**
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **Allen Iza v. St. John's University**
       22-cv-02223(FB)(TAM)

Dear Judge Merkl:

I represent the Plaintiff Allen Iza in the above-referenced action. I have conferred with counsel for Defendant and submit this joint status report pursuant to the Court's November 28, 2022 Order. The parties have settled this matter and fully executed a settlement agreement on January 17, 2023. As per the agreement, the stipulation of discontinuance is being held by Defendant until confirmation of receipt of the settlement checks by the undersigned, which are due on or before February 7, 2023. Thereafter, Defendant will promptly file the stipulation of discontinuance.

Thank you for your attention to this matter.

Sincerely,

*/s/ Daniel E. Dugan*

Daniel E. Dugan, Esq.

cc: **Via ECF**
   All Counsel of Record